IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:08cv552

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$3,111.00 IN UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on Motion for Judgment by Default, Entry of Judgment, and Final Order of Forfeiture by the United States of America, [Doc. 9], pursuant to Federal Rule of Civil Procedure 58(a) and (b) and 18 U.S.C. § 981, 18 U.S.C. § 983 and 21 U.S.C. § 881. For reasons stated in the Government's Motion and no further response being necessary, the Motion is allowed.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Government's Motion for Judgment by Default, Entry of

1

Judgment, and Final Order of Forfeiture is hereby **GRANTED** against the **DEFENDANT PROPERTY:**

**$3,111.00 in United States Currency**

and Judgment of Forfeiture is **ENTERED** in favor of the United States against all persons and entities in the world;

    2. Any right, title and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein;

    3. The United States Marshal is hereby directed to dispose of the forfeited Defendant Property as provided by law.

    **IT IS SO ORDERED.**

Signed: February 24, 2009

Martin Reidinger
United States District Judge